**H. F. McGEE v. FEDERAL TRADE COMMISSION.**

No. 6329.

Circuit Court of Appeals, Sixth Circuit.

April 4, 1933.

Hopkins, Starr & Godman, of Chicago, Ill., for petitioner.

Robert E. Healy, Chief Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

PER CURIAM.

Dismissed pursuant to motion of petitioner.

**MAYOR, COUNSELOR, and ALDERMEN OF THE CITY OF ANNAPOLIS, Appellants, v. WASHINGTON, BALTIMORE AND ANNAPOLIS ELECTRIC RAILROAD COMPANY, a Corporation, and George Weems Williams, Receiver of said Corporation, Appellees.**

No. 3465.

Circuit Court of Appeals, Fourth Circuit.

April 10, 1933.

Adams & Hargest, of Baltimore, Md., for appellants.

George Weems Williams and William L. Marbury, Jr., both of Baltimore, Md., for appellees.

PER CURIAM.

Case dismissed under rule 20 by agreement of counsel.

**In re METAL LAMP CORPORATION, Bankrupt.**

Ex parte Reuben L. HASKELL, as Trustee, Appellant. Leviton Mfg. Co., Inc., Appellee.

No. 345.

Circuit Court of Appeals, Second Circuit.

April 3, 1933.

Max Schwartz, of Brooklyn, N. Y. (Joseph G. M. Browne, and Samuel C. Duberstein, both of Brooklyn, N. Y., of counsel), for appellant.

Joffe & Joffe, of New York City (Louis Joffe and Joseph Joffe, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.

**MILLER PRINTING MACHINERY CO. v. UNION GUARDIAN TRUST COMPANY, Receiver of the Estate of SALES EQUIPMENT COMPANY, Bankrupt.**

No. 6219.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1933.

Paul C. Jones, of Detroit, Mich., for appellant.

Bryant, Lincoln, Miller & Bevan, of Detroit, Mich., for appellee.

PER CURIAM.

Order of District Court reversed on authority of In re Harmony Theatre Co. (D. C.) 2 F.(2d) 376, and Wilkin v. Heywood-Wakefield Co. (C. C. A.) 7 F.(2d) 115.